[No. 10715–1–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD ROOSEVELT KESS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00863–8, Frank D. Howard, J., entered August 11, 1981. *Vacated* and *remanded* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10617–1–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. J. EUGENE MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01041–1, Charles V. Johnson, J., entered August 3, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.

[No. 10734–8–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY LYNN SWINDELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02019–1, Liem E. Tuai, J., entered September 3, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10534–5–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROOSEVELT KING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01334–8, Jerome M. Johnson, J., entered July 13, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.